IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMIE SHAWN MCCALL
#11962-11                                                                                              PLAINTIFF

v.                              No. 4:11-cv-745-DPM-JTR

COTI SANDERS, Arkamark
Supervisor, Pulaski County
Detention Center ; and STEVE
PINNINGTON, Aramark Supervisor,
Pulaski County Detention Center                                                   DEFENDANTS

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Disposition, *Document No. 8*, and McCall's objection, *Document No. 10*. The Court has conducted a *de novo* review; and McCall's objection seems to acknowledge the force of Magistrate Judge Ray's initial recommendation and asks for leave to amend the complaint to cure the defects in the original pleading. The Court therefore declines to adopt the proposal. And the Court refers this case back to Judge Ray to screen McCall's proposed complaint and make a recommendation on the embedded motion to amend.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_4 Nov. 2011_