# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAMIE SHAWN MCCALL,
ADC #610019                                                               PLAINTIFF

V.                              4:11CV00745 DPM/JTR

COTI SANDERS, Aramark Supervisor; and
STEVE PENNINGTON, Aramark Supervisor,
Pulaski County Detention Center                                           DEFENDANTS


## ORDER

On August 9, 2012, Defendants filed a Motion asking the Court to compel Plaintiff to answer 18 Interrogatories they sent him on July 3, 2012. *See* docket entry #62. Plaintiff has not responded to the Motion, and the time for doing so has expired. *See* Local Rule 7.2 (providing that a party has fourteen days to file a response to a non-dispositive motion and that the failure to timely do so is an adequate basis, without more, for granting the motion).

IT IS THEREFORE ORDERED THAT:

1. Defendants' Motion to Compel (docket entry #62) is GRANTED.

2. Plaintiff must, **within fourteen days of the entry of this Order**, file his Answers to Defendants' July 3, 2012 Interrogatories.

Dated this <u>29th</u> day of August, 2012.

                                                                                _____
                                                                                UNITED STATES MAGISTRATE JUDGE