**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMIE SHAWN MCCALL,
ADC #610019  PLAINTIFF

V.  4:11CV00745 DPM/JTR

COTI SANDERS, Aramark Supervisor; and
STEVE PENNINGTON, Aramark Supervisor,
Pulaski County Detention Center  DEFENDANTS

**ORDER**

Plaintiff, Jamie Shawn McCall, has filed a Motion asking the Court to compel Defendants to answer his Interrogatories in compliance with the Court's August 17, 2012 Order. *See* docket entries #64 and #66. Defendants explain that the Motion is moot because they timely mailed Plaintiff their Answers to those Interrogatories on August 31, 2012. *See* docket entry #71.

IT IS THEREFORE ORDERED THAT Plaintiff's Fourth Motion to Compel (docket entry #66) is DENIED, AS MOOT.

Dated this <u>19th</u> day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE